```
                                              FILED
                                         October 13, 2009
                                      CLERK, U.S. BANKRUPTCY COURT
                                      EASTERN DISTRICT OF CALIFORNIA
                                              0002149508
```

2

JAN P. JOHNSON, CHAPTER 13 TRUSTEE
P. O Box 1708
Sacramento, CA 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re JUAN LORENZO RODRIGUEZ,    ) CASE NUMBER: 09-39195 B13
                                 )
                                 )
                                 ) §341 MEETING REPORT AND
                                 ) CHAPTER 13 TRUSTEE'S
                                 ) RECOMMENDATION FOR
                                 ) CONFIRMATION OF PLAN
                                 )
                                 )
_____Debtor(s)

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, having examined the debtor(s) pursuant to 11 U.S.C. §341(a) submits the following report:

**§341 MEETING DATE:** October 08, 2009

[X] Debtor appeared     [ ] Joint Debtor appeared     [ ] Counsel appeared

[ ] Debtor failed to appear   [ ] Joint debtor failed to appear   [ ] Counsel failed to appear

[ ] Appearance(s) not required as meeting technically continued

[ ] Debtor failed to file a Chapter 13 Plan

[ ] Debtor failed to file all required schedules and/or statements

§341 MEETING STATUS:

[X] Meeting concluded

[ ] Meeting concluded with no objection to confirmation

[ ] Meeting concluded with no objection to confirmation pending the receipt of requested documents/amendments within 5 days from the conclusion of the §341 meeting

    [ ] Trustee to proceed with previously filed motion

[ ] Meeting continued to:

[ ] Meeting technically continued to receive requested documents/amendments

ACTION TO BE TAKEN BY TRUSTEE:

[ ] TRUSTEE FILING MOTION TO DISMISS

[ ] TRUSTEE FILING OBJECTION TO CONFIRMATION

[ ] TRUSTEE FILING OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION(S)

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 12, 2009

/s/ Tracee Brinkerhoff
Trustee's Representative