JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No:09-39195-B-13J
) DC No.: JPJ-01
)
JUAN RODRIGUEZ, ) **TRUSTEE'S MOTION TO DISMISS**
)
)
) DATE: NOVEMBER 18, 2009
) TIME: 1:00 PM
Debtor(s) ) COURTROOM: 33

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order Dismissing this case pursuant to 11 U.S.C. §1307, General Order 05-03, and as supported by the attached declaration for the following reason(s):

///

///

///

///

1

1. The debtor is delinquent to the trustee in the amount of $1,540.00 which represents one (1) payment. The debtor has made no plan payments since this petition was filed which was on September 4, 2009. There is cause to dismiss this case pursuant to 11 U.S.C. §1307(c)(4).

2. The court mailed the Notice of Bankruptcy Case on all parties on September 15, 2009. The debtor did not file a plan until September 21, 2009. The debtor failed to serve a copy of the plan and a duplicate of the Notice of Bankruptcy Case on all parties at least 18 days prior to the First Meeting of Creditors as required pursuant to paragraph 3(a)(2) of General Order 05-03. To date the debtor has failed to file a Motion to Confirm the Plan as required pursuant to paragraph 8(a) of General Order 05-03.

3. The debtor failed to provide the trustee with a Class 1 Authorization and Checklist as Required pursuant to paragraph 5(c)(2) of General Order 05-03.

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: October 28, 2009

/s/ Jan P. Johnson
Standing Chapter 13 Trustee